UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACKIE BERGER, JR.,

   Plaintiff,

v.                                             Case No. 3:24cv350-LC-HTC

LIEUTENANT D. SMITH, et al.,

   Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 15, 2024, (ECF No. 6), recommending dismissal based on Plaintiff's failure to fully disclose his litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i) as malicious for abuse of the judicial process due to Plaintiff's

failure to accurately disclose his litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of September, 2024.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**